WALTER C. NOYES, Respondent, v. RAYMOND GREENE, Defendant, Impleaded with CELIA ROTHSPAN, Appellant.

Appeal by Celia Rothspan from an order of the Supreme Court, entered in the New York county clerk's office on August 19, 1941, granting plaintiff's motion to punish the defendant Celia Rothspan for contempt of court.

Order reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion.

Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Martin, P. J., dissents in opinion.

MARTIN, P. J. (dissenting). I dissent. It may well be that the judgment debtor was entitled to use part of the bank deposit for living expenses, and that payment to her counsel of his fee for services rendered in defense of the suit at bar could be justified, but the payment to him of the fee for services to be rendered in filing the petition in bankruptcy after the judgment herein was a violation of the stay. The rule in bankruptcy permitting payments in advance to an attorney for filing a bankruptcy petition is not applicable here. To the extent of $225, at least, the fine is justified. The order should be modified accordingly, and otherwise affirmed.